**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Isaid HERRERA, Defendant–Appellant.**

**No. 09–10481.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 4, 2010.

Joshua C. Mellor, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Ramiro Flores, Jr., Flores & Haywood, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Isaid Herrera appeals from the 63–month sentence imposed following his guilty-plea conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Herrera contends that his sentence is substantively unreasonable. The district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc). Moreover, in light of the totality of the circumstances, the district court's sentence at the low end of the Guidelines range is substantively reasonable. *See id.*

**AFFIRMED.**

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.